IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARBARA ELROD

v.                                          NO. 12-4271

NCO FINANCIAL SYSTEMS, INC.

FILED
SEP 28 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk
JUDGMENT

BEFORE MCLAUGHLIN, J.

    AND NOW, to wit, this 28TH day of SEPTEMBER, 2012, it is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC.'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
    It is ORDERED that judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $500.00 together with interest and costs.

                                      BY THE COURT:

                                      ATTEST:

                                      Richard Sabol, Deputy Clerk

judg